IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER MARTINEZ,**

    Plaintiff,

v.                                                                                      No. 1:21-cv-0622-JHR

**KILOLO KIJAKAZI,** Acting Commissioner
of Social Security,

    Defendant.

## FINAL JUDGMENT

Having denied Plaintiff's Motion to Reverse and Remand with Supporting Memorandum [Doc. 24] in a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

_____
Jerry H. Ritter
U.S. Magistrate Judge
Presiding by Consent